**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Omar Cyrille REAVIS, Defendant–
Appellant.**

**No. 01–7352.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Omar Cyrille Reavis, Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Omar Cyrille Reavis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001).* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Reavis,* No. CR–97–153–A (E.D. Va. filed July 30, 2001; entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although Reavis characterized the motion as seeking reconsideration of the court's denial of a prior § 2255 motion, the latter motion raised new, unrelated claims and was properly construed by the district court as a successive § 2255 motion.